| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

LESTER KNIGHTEN, §
§
    Petitioner, §
§
*versus* § CIVIL ACTION NO. 1:06-CV-130
§
COMMANDANT, U.S. DISCIPLINARY §
BARRACKS, §
§
    Respondent. §

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Lester Knighten, an inmate confined within the Bureau of Prisons, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    The court previously referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the petition. The magistrate judge recommends the petition be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Magistrate Judge's Report and Recommendation.

**ORDER**

    Accordingly, the findings of fact and conclusions of law of the magistrate judge are

correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment shall be entered dismissing the petition.

  SIGNED at Beaumont, Texas, this 20th day of February, 2007.

                _____
                  MARCIA A. CRONE
                UNITED STATES DISTRICT JUDGE